# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT OF ACQUITTAL |
| V. | |
| | CASE NUMBER: 3:06CR131-W |
| JOVON ADARRYL ROBINSON | |

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

_____

Signed: January 29, 2007

Frank D. Whitney
United States District Judge